### No. 4516.

### E. NEWMAN & Co. v. L. H. LEVY.

The defendant's petition of appeal prays that E. Newman & Co. be cited through Raoul Jumonville, liquidator, to answer the appeal, and accordingly citation was only served on Jumonville. E. Newman was not cited, although he had an interest in sustaining the judgment. The fault is imputable to the appellant. Of the court's own motion the appeal is dismissed.

APPEAL from the Sixth District Court, parish of Orleans. *Cooley, J. D. C. Labatt,* for plaintiffs and appellees. *Cotton & Levy,* for defendant and appellant.

WYLY, J.   In his petition for appeal, the defendant prayed that "E.

Newman & Co. be cited through Raoul Jumonville, liquidator, to answer the appeal." And, accordingly, citation was only served on Jumonville. E. Newman was not cited. He had an interest in maintaining the judgment. The fault is imputable to the appellant.

Of our own motion, it is ordered that the appeal herein be dismissed, appellant paying costs.

Rehearing refused.